IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                        PLAINTIFF

VERSUS                                CIVIL ACTION NO. 5:09-cv-201-DCB-MTP

RACHAEL FIBER, et al.                                            DEFENDANTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 3rd day of December, 2009.

                                                s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE